## TAM *v.* EAST SIDE LOAN COMPANY.

[No. 26,407.   Filed February 23, 1935.]

*Don R. French*, for appellant.

*Clyde P. Miller*, for appellee.

TREMAIN, J.—The judgment of the trial court in this case depends upon the validity of Chapter 61, Acts 1925. In *Lyle Martin v. Rudolph Loula, etc., et al.*, No. 26,386, the Chapter is held to be unconstitutional and void. Upon that authority the judgment is affirmed.

## BENSON *v.* SANDUSKY ET AL.

[No. 26,428.   Filed February 23, 1935.]

*Don R. French*, for appellant.

*William S. McMaster, Frank L. Littleton*, and *Forrest Chenoweth*, for appellees.

TREMAIN, J.—The judgment of the trial court in this case depends upon the validity of Chapter 61, Acts 1925. In *Lyle Martin v. Rudolph Loula, etc., et al.*, No. 26,386, the Chapter is held to be unconstitutional and void.   Upon that authority the judgment is affirmed.

## BARLOW *v.* KELLER ET AL.

[No. 26,455.   Filed February 23, 1935.]

*Joseph C. Herron*, for appellant.

*Marshall, Hillis & Coffel*, for appellees.

TREMAIN, J.—The judgment in the trial court in this case depends upon the validity of Chapter 61, Acts 1925. In *Lyle Martin v. Rudolph Loula, etc., et al.*, No. 26,386, the Chapter is held to